IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NOS. 2:13-CV-225-RWS |
| FANNIN COUNTY, GEORGIA, | : : | |
| Defendant. | : : | |

## ORDER

This case is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 60].  Having carefully considered the record, the Report and Recommendation [Doc. No. 60], the Plaintiff's objections [Doc. No. 62], and Defendant's response [Doc. No. 63] thereto, the Court hereby ADOPTS the Report and Recommendation [Doc. No. 60] as the opinion and order of this Court.  As such, Defendant's Motion for Summary Judgment [Doc. No. 36] is GRANTED.  The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 29th day of September, 2015.

_____
**RICHARD W. STORY**
United States District Judge